## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI

DORESSIA T. MCKEE )
as Personal Representative of the )
Estate of Freddie L. McKee, )
)
        Plaintiff, )
) Case No: 2:23-cv-04157-SRB
)
v. )
)
CITY OF COLUMBIA MISSOURI, et. al., )
)
        Defendant. )

## MOTION TO WITHDRAW

COMES NOW William P. Denning and Paeten E. Denning of Denning Law Firm, LLC pursuant to Local Rule 83.2 hereby move for an Order from this Court allowing Mr. Denning and Ms. Denning to withdraw as counsel for Plaintiff Doressia McKee, as personal representative of the Estate of Freddie L. McKee. In further support of this motion, Mr. Denning and Ms. Denning state that Ms. Doressia McKee as personal representative of the Estate of Freddie L. McKee, has discharged William P. Denning, Paeten E. Denning and Denning Law Firm from further representation of her in this matter.

WHEREFORE, undersigned counsel requests that this Court grant this Motion for Leave to Withdraw, that counsel is granted leave to withdraw and for such other relief as the Court deems just and proper.

Respectfully submitted,

/s/William P. Denning
William P. Denning        MO# 52869
Paeten E. Denning         MO #72180
Denning Law Firm, LLC
8900 Indian Creek Parkway, Suite 210
Overland Park, Kansas 66210
Telephone:    (816) 702-8400
Facsimile:    (816) 702-8401
wdenning@denninglawfirm.com
pdenning@denninglawfirm.com
*ATTORNEYS FOR PLAINTIFF*


## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of May 2025, the foregoing was filed with the Clerk of the Court using the Western District of Missouri EM/ECF system, which will send notice of electronic filing to all counsel of record.

Brad C. Letterman
Ryan P. Thomas
Schreimann, Rackers & Francka, LLC
931 Wildwood Drive, Ste. 201
Jefferson City, Missouri 65109
573-634-7580
573-635-6034 (facsimile)
bcl@srfblaw.com
rpt@srfblaw.com
ATTORNEYS FOR DEFENDANTS

/s/ William P. Denning
Attorney for Plaintiff

2