# SCHREIMANN, RACKERS & FRANCKA, L.L.C.

DUANE E. SCHREIMANN
CHRIS P. RACKERS
BRIAN K. FRANCKA
MICHAEL J. SCHMID
BRAD C. LETTERMAN
ROBERT J. BUCKLEY
RYAN E. BERTELS
KACI R. PETERSON
DOUGG A. STULTZ
RYAN THOMAS
MARIAM A. DECKER (OF COUNSEL)

ATTORNEYS AT LAW



931 WILDWOOD DR., STE. 201
JEFFERSON CITY, MO 65109

rpt@srfblaw.com
(573) 634-7580

(573) 635-6034 FAX

www.srfblaw.com

September 17, 2025

*VIA PACER FILLING SYSTEM*
Judge Stephen R. Bough

    RE:    McKee v City of Columbia et al.
               Case No.: 2:23-cv-4157

Dear Judge Bough:

    Please accept this as our joint status update. Ms. McKee has decided to proceed Pro Se and has filed a motion for leave to file a second amended petition with the Court. The Defendants have filed a motion in opposition. Depending on the outcome of the motion for leave to file a second amended petition, additional discovery may be needed. The parties have not yet begun to take depositions.

                              Very Truly Yours,

                              /s/ Doressia McKee_____
                              Doressia McKee
                              E-mail dmckee3601@gmail.com

                              Pro-se Plaintiff

                              and

                              SCHREIMANN, RACKERS &
                              FRANKA, L.L.C.

                                      */s/ Brad C. Letterman*
Brad C. Letterman, #52818
Ryan Thomas, #74870
931 Wildwood Drive, Suite 201
Jefferson City, MO 65109
573/634-7580
573/635-6034 (facsimile)
bcl@srfblaw.com
rpt@srfblaw.com

Attorneys for Defendants

Cc:    Doressia McKee (via email)